1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   GABRIEL GARCIA-MORALES
7

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  NO. CR-S-05-086 LKK
                                   )
14                 Plaintiff,      )
                                   )  ORDER FOLLOWING HEARING
15       v.                        )
                                   )
16  GABRIEL GARCIA-MORALES,        )
                                   )  Judge: Hon. Lawrence K. Karlton
17                 Defendant.      )
                                   )
18  _____)

19       This matter was before the court on April 26, 2005 for status

20  hearing.  The government was represented by its counsel, Jason Hitt,

21  Assistant United States Attorney, and the defendant was present with

22  his counsel, Matthew C. Bockmon, Assistant Federal Defender.  The

23  Court's interpreter was also present.

24       Defense counsel indicated a need to review all of the discovery in

25  this case and requested that the jury trial date of May 10, 2005 be

26  vacated.

27       Good cause appearing therefor,

28       IT IS ORDERED that this matter is continued to May 17, 2005 at

1  9:30 a.m. for further Status Conference and that the jury trial date of
2  May 10, 2005 is vacated.
3       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
4  (iv) and Local Code T4, the period from April 26, 2005 to May 17, 2005
5  is excluded from the time computations required by the Speedy Trial Act
6  due to ongoing preparation of counsel.
7  Dated:   April 29, 2005
8                                    /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
9                                    Senior Judge

Order Following Hearing                    2