```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    GABRIEL GARCIA-MORALES
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  NO. CR-S-05-086 LKK
                                 )
14               Plaintiff,      )
                                 )  STIPULATION AND ORDER CONTINUING
15       v.                      )  STATUS CONFERENCE
                                 )
16  GABRIEL GARCIA-MORALES,      )  Date:  June 7, 2005
                                 )  Time:  9:30 a.m.
17               Defendant.      )  Judge: Lawrence K. Karlton
                                 )
18  _____)
```

19     It is hereby stipulated and agreed to between the United States of

20 America through Jason Hitt, Assistant United States Attorney, and

21 Gabriel Garcia-Morales, by and through his counsel, Matthew C. Bockmon,

22 Assistant Federal Defender, that the status conference presently

23 scheduled for May 17, 2005 be vacated and rescheduled to June 7, 2005

24 at 9:30 a.m.

25     This continuance is requested to allow time for defense counsel to

26 be provided with a Pre-Plea Presentence Investigation Report and

27 proposed plea agreement and to continue discussions with counsel for

28 the government.

IT IS FURTHER STIPULATED that the period from the date of the signing of this order to June 7, 2005 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 13, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
GABRIEL GARCIA-MORALES

Dated:  May 16, 2005

MCGREGOR W. SCOTT
United States Attorney

/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: May 16, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
Senior Judge