QUIN DENVIR, Bar #49374
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL GARCIA-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-086 LKK |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING HEARING |
| v. ) | |
| GABRIEL GARCIA-MORALES, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |

This matter was before the court on June 7, 2005 for status hearing. The government was represented by its counsel, Jason Hitt, Assistant United States Attorney, and the defendant was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. The Court's interpreter was also present.

Defense counsel requested additional time to review the government's proposed plea agreement.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to June 21, 2005 at 9:30 a.m. for further Status Conference/Change of Plea.

1      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
2  (iv) and Local Code T4, the period from June 7, 2005 to June 21, 2005
3  is excluded from the time computations required by the Speedy Trial Act
4  due to ongoing preparation of counsel.
5  Dated:  June 9, 2005.
                                    /s/Lawrence K. Karlton
6                                   LAWRENCE K. KARLTON
                                    Senior Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Following Hearing                2