QUIN DENVIR, Bar #49374
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GABRIEL GARCIA-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-086 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING HEARING |
| GABRIEL GARCIA-MORALES, | ) | |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

This matter was before the court on July 12, 2005 for status hearing. The government was represented by its counsel, Michael Beckwith, Assistant United States Attorney, and the defendant was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. The Court's interpreter was also present.

Defense counsel requested additional time to receive records from Sonoma County which have previously been ordered. Counsel for defendant was directed to subpoena those records.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to August 9, 2005 at

1    9:30 a.m. for further Status Conference.

2        IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

3    (iv) and Local Code T4, the period from July 12, 2005 to August 9, 2005

4    is excluded from the time computations required by the Speedy Trial Act

5    due to ongoing preparation of counsel.

6    Dated: July 15, 2005

7                              /s/LawrenceK. Karlton
                              HONORABLE LAWRENCE K. KARLTON
8                              Chief Judge Emeritus

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28